# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JAMES CARR,             )
                               )
             Plaintiff,      )
                               )
-vs-                       )     Case No. CIV-16-505-F
                               )
CHRISTINA THOMAS, Lawton    )
Correctional Facility (LCF) Medical  )
Administrator; MARS GONZAGA,   )
M.D.,                       )
                               )
             Defendants.    )

## <u>ORDER</u>

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending that the court grant the motions for summary judgment filed by defendants, Mars Gonzaga, M.D., and Christina Thomas, with respect to plaintiff's civil rights complaint under 42 U.S.C. § 1983. Magistrate Judge Mitchell advised the parties of their right to object to the Report and Recommendation by May 1, 2018 and further advised that failure to make a timely objection waives the right to appellate review of both factual and legal questions therein contained.

No objection has been filed to the Report and Recommendation. The court concludes that no further analysis is required, and thus accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The Motion for Summary Judgment of Defendant Mars Gonzaga, M.D. (doc. no.

55) is **GRANTED**.  Defendant Christina Thomas' Motion for Summary Judgment on All Claims Against Plaintiff James Carr (doc. no. 56) is also **GRANTED**. Judgment shall issue forthwith.

IT IS SO ORDERED this 15th day of May, 2018.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0505p002.docx